No. 16. THE PEOPLE *v.* LAPORTE.—Appeal from the District Court of Guayama. Motion by the *fiscal* to dismiss appeal. Decided October 29, 1912. Motion overruled. *Mr. C. Domínguez Rubio* for appellant. *Mr. Charles E. Foote, fiscal,* for The People.

---

No. 479. THE PEOPLE *v.* LORENZO.—Appeal from the District Court of Humacao. Motion by the *fiscal* to substitute the complaint which forms part of the record by another of which he presents a certified copy. Decided October 29, 1912. Motion sustained. *Mr. Arturo Aponte, Jr.,* for appellant. *Mr. Charles E. Foote, fiscal,* for The People.

---

No. 894. GONZÁLEZ *v.* COLLAZO.—Appeal from the District Court of Aguadilla. Motion of appellant to dismiss appeal. Decided October 29, 1912. Motion overruled. *Mr. Carlos Franco Soto* for appellant. *Messrs. Reichard and Reichard* for respondent.

---

No. 483. THE PEOPLE *v.* SCOTT ET AL.—Appeal from the District Court of San Juan, Section 2. Decided October 31, 1912. Judgment affirmed. *Mr. José de J. Tizol* for appellants. *Mr. Charles E. Foote, fiscal,* for The People.

---

No. 361. EX PARTE LASTRA.—Petition for approval of the notarial bond executed by the National Surety Company. Decided November 6, 1912. Bond approved. Petitioner appeared *per se.*

---

No. 910. TORO *v.* RODRÍGUEZ ET AL.—Appeal from the District Court of Ponce. Motion by Juan Príncipe to withdraw appeal. Decided November 6, 1912. Appeal withdrawn by appellant. *Mr. José A. Poventud* for moving party. *Mr. José Tous Soto* for adverse party.